**[J-73-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PAPER OF BRITTANY KOSIN FOR REPRESENTATIVE IN THE GENERAL ASSEMBLY FROM THE 178TH LEGISLATIVE DISTRICT | : | No. 92 MAP 2022 |
| | : | |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 393 |
| | : | MD 2022 dated August 23, 2022. |
| OBJECTION OF: MARY RODERICK, JOHN COPPENS, AND ANDREW GANNON | : | |
| | : | |
| | : | |
| APPEAL OF:  BRITTANY KOSIN | : | |

**ORDER**

**PER CURIAM**                                          **DECIDED:  September 22, 2022**

AND NOW, this 22nd day of September, 2022, the Order of the Commonwealth Court is **AFFIRMED**.  Opinion to follow.